(October 31, 1921.)

E. F. WALTON, Respondent, v. J. M. STEELSMITH, Appellant.

[204 Pac. 670.]

APPEAL from the District Court of the Eleventh Judicial District, for Twin Falls County. Hon. Wm. A. Babcock, Judge.

Action for removal of officer for neglect of official duties and for payment of penalty. Judgment for plaintiff. *Affirmed.*

Walters, Hodgin & Bailey and Wolfe, Martin & Wade, for Appellant.

Dampier & Codding, Turner K. Hackman and Homer C. Mills, for Respondent.

RICE, C. J.—On the authority of the case of *Walton v. Channel, ante,* p. 532, the judgment is affirmed, with costs to respondent.

Dunn and Lee, JJ., concur.

Budge and McCarthy, JJ., dissent.